USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/18/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

CECIL HEWITT,

                Plaintiff,

     -against-

ANDREA J. QUARANTILLO, et al,

               Defendant.

------------------------------------------------------------x

09 Civ. 06120 (RJH)

**ORDER**

      The pretrial conference is scheduled for February 26, 2010 at 10:30 a.m. in the courtroom of the Honorable Richard J. Holwell, Courtroom 17B, 500 Pearl Street, New York, New York 10007.

Dated: New York, New York
February 09, 2010
SO ORDERED:

_____
Richard J. Holwell
United States District Judge